**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**Oakland Venue**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: CR 11-0205 CW |
| ) | |
| **MIGUEL MACIEL** ) | |

**RESIDENTIAL REENTRY CENTER ORDER**

ON MOTION OF THE PROBATION OFFICER, the offender shall reside at the Residential Reentry Center for a period of up to six months at the discretion of the probation officer pending resolution of the current violations.

Date: June 1, 2011

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE